IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Ricardo Lopez-Betancourt,

Plaintiff(s),

v.

Loyola University of Chicago Stritch School of Medicine,

Defendant(s).

Case No. 16-cv-11565
Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Loyola University of Chicago Stritch School of Medicine
and against plaintiff(s) Ricardo Lopez-Betancourt.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion.

Date: 9/3/2019                    Thomas G. Bruton, Clerk of Court

                                  Carolyn Hoesly, Deputy Clerk